UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MARCOS MENDOZA,

                Plaintiff,                    **ORDER**

    -against-                            24 Civ. 8474 (AEK)

LC CARMEL RETAIL, LLC, et al.,

                Defendants.
------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court has been informed that the parties have reached a settlement in principle in this matter. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs to any party, and without prejudice to restoring the action to the Court's calendar, provided the application is made within thirty (30) days of this Order. Any application to reopen that is filed after thirty (30) days from the date of this Order may be denied solely on that basis.

Dated: September 17, 2025
       White Plains, New York

                                                  ANDREW E. KRAUSE
                                                United States Magistrate Judge